| | |
|---|---|
| 1 | NICOLA T. HANNA<br>United States Attorney |
| 2 | THOMAS D. COKER<br>Assistant United States Attorney |
| 3 | Chief, Tax Division |
| 4 | JOLENE TANNER (SBN 285320)<br>    Assistant United States Attorneys |
| 5 |     Federal Building, Suite 7211<br>    300 North Los Angeles Street |
| 6 |     Los Angeles, California 90012<br>    Telephone: (213) 894-3544 |
| 7 |     Facsimile: (213) 894-0115<br>    E-mail: jolene.tanner@usdoj.gov |

JS-6

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Appellant(s)<br><br>          v.<br><br>MALCOLM CURTIS AND JUDITH CURTIS,<br><br>                    Appellee(s). | District Court Case No.:<br>5:18-cv-02169-MWF<br><br>Bankruptcy Court Case No.:<br>6:16-bk-15373-SY<br><br>Chapter 11<br><br>ORDER DISMISSING CASE<br><br>Hon. Michael W. Fitzgerald |

Pursuant to the stipulation entered between the parties, IT IS HEREBY ORDERED that this matter is dismissed pursuant to Federal Rule of Bankruptcy Procedure 8023.

IT IS SO ORDERED.

Dated: March 27, 2019

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT COURT JUDGE

1